1
2
3
4
5
6        UNITED STATES DISTRICT COURT
7       SOUTHERN DISTRICT OF CALIFORNIA
8
9   UNITED STATES OF AMERICA,            Case No.:  23-cr-2068-JO
10                          Plaintiff,
                                         **ORDER CONTINUING MOTION**
11   v.                                  **HEARING/TRIAL SETTING**
12   SHAWN ROBERT STEWART,
13                          Defendant.
14

15       On November 7, 2023, the parties filed a Joint Motion to Continue the Motion
16   Hearing/Trial Setting currently set for December 1, 2023 to February 9, 2024.  For good
17   cause appearing, the Court GRANTS the joint motion to continue [Dkt. 17] and sets the
18   Motion Hearing/Trial Setting on February 9, 2024 at 1:30 p.m.

19       For the reasons set forth in the joint motion, the Court finds that the ends of justice
20   will be served by granting the requested continuance, and these outweigh the interests of
21   the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this
22   continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

23   //
24   //
25   //
26   //
27   //
28   //

1    Further, on November 6, 2023, the Defendant filed a pretrial motion that remains

2 pending.  Accordingly, the Court finds that time from November 6, 2023 to February 9,

3 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is

4 pending.  18 U.S.C. § 3161(h)(1)(D).

5    IT IS SO ORDERED.

6 Dated: _____11/15/23_____                    _____

7                                              Hon. Jinsook Ohta
                                               UNITED STATES DISTRICT JUDGE