# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>SHAWN ROBERT STEWART,<br><br>                              Defendant. | Case No.: 23-cr-2068-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On March 25, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for March 29, 2024 to April 26, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 22] and sets the Motion Hearing/Trial Setting on April 26, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

Further, on November 6, 2023, the Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from November 6, 2023 to April 26, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

If this case does not resolve by the new Motion Hearing/Trial Setting date, the parties are instructed to appear in person at the hearing on April 26, 2024 and to be prepared to discuss the progress of discovery and the setting of a trial date

IT IS SO ORDERED.

Dated: 3/26/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE